# BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE

Stanziale & Stanziale, P.C.
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
973-731-9393

August 21, 2019

Clerk, US Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

      RE:    14-20162
             Universal Logistics Group West, Inc.

Dear Clerk:

    I am preparing a Final Report for the above case and respectfully request confirmation of any outstanding fees due the Court. Please docket a response so I can proceed to finalize my report and include fees, if any, due the Court. Thank you.

                                                       Very truly yours,

                                                       /s/ Benjamin A. Stanziale

                                                       Chapter 7 Bankruptcy Trustee

BAS:teb